UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

    CLIFFORD A. BLAIS                BK-18-10556
    LAURA J. BLAIS
       Debtors                     CHAPTER 13

OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtors' Plan on the following grounds:

1. The Plan does not provide that all of the debtors' projected disposable income to be received will be applied to make payments under the Plan. *See* 11 U.S.C. §1325(b)(1)(B).

2. There are not sufficient payments being paid into the Plan to effectuate its provisions.

                                /s/John Boyajian
                                John Boyajian, Trustee
                                182 Waterman Street
                                Providence, RI 02906
                                Tel:(401) 223-5550
                                Fax:(401) 223-5548

CERTIFICATION

    I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Mr. & Mrs. Clifford A. Blais, 202 Smith Street, Cranston, RI 02905 and electronically mailed to Stephen P. Levesque, Esq. at customerservice@spllaw.com on May 29, 2018.

                                /s/ Alicia Dias