UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: Laura Blais                                         Case No. 2018-10556
         Debtors                                      Chapter 13

## OBJECTION TO CLAIM NO. ( 9-1 ) FILED BY UNITED CONSUMER FINANCIAL SERVICES

NOW COMES THE DEBTOR, who hereby objects to Claim No. ( 9-1 ) filed by UNITED CONSUMER FINANCIAL SERVICES in the amount of $955.83 (secured). In support of this objection, the Debtor states as follows:

1. That the Debtor contends that the value of the collateral is $00.00, is treated as an unsecured creditor pursuant to the plan, and, therefore incorrectly classified as a secured claim.

Wherefore, the Debtor request that the claim be denied.

/s/ Stephen P. Levesque
Stephen P. Levesque, Esq 5742
165 Burnside Street, 2nd Flr
Cranston, RI 02910
(401) 490-4900 (t)
stephen@spllaw.com

**Certification**: I hereby certify that a copy of the within Objection sent electronically via ECF to the Office of the US Trustee and the Office of the Chapter 13 Trustee and was mailed regular US Mail to Bass & Associates PC, 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712, on the 25th day of June, 2018 to the claimant's address as it appears on the claim.

/s/ Stephen P. Levesque
Stephen P. Levesque, Esq 5742

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. For Objections to Claims: If you timely file such a response, you will be given thirty (30) days notice of the hearing date for this objection.