## United States Bankruptcy Court
### District of Rhode Island

In re: **Clifford A Blais, Laura J Blais**, Debtor(s)

Case No. **1:18-bk-10556**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 26, 2018**, a copy of **the order continuing conference hearing date to August 8, 2018** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

see ECF mailing Matrix

/s/ Stephen P. Levesque
Stephen P. Levesque 5742
Stephen P. Levesque, Esq,
165 Burnside Street
2nd Floor
Cranston, RI 02910
401-490-4900 Fax:401-490-4901
customerservice@spllaw.com

```
Label Matrix for local noticing          American Express National Bank          Amex
0103-1                                   c/o Becket and Lee LLP                  Po Box 297871
Case 1:18-bk-10556                       PO Box 3001                             Fort Lauderdale FL 33329-7871
District of Rhode Island                 Malvern  PA 19355-0701
Providence
Tue Jun 26 13:28:02 EDT 2018

Amex Dsnb                                Bank of America, N.A.                   (p)BANK OF AMERICA
9111 Duke Blvd                           P O Box 982284                          PO BOX 982238
Mason OH 45040-8999                      El Paso, TX 79998-2284                  EL PASO TX 79998-2238



Clifford A Blais                         Laura J Blais                           John Boyajian
202 Smith Street                         202 Smith Street                        PO Box 2561
Cranston, RI 02905-4127                  Cranston, RI 02905-4127                 Providence, RI 02906-0561



Capital One                              Capital One, N.A.                       Chase Card
Po Box 30253                             c/o Becket and Lee LLP                  Po Box 15298
Salt Lake City UT 84130-0253             PO Box 3001                             Wilmington DE 19850-5298
                                         Malvern PA 19355-0701


Citi                                     Citibank, N.A.                          Comenitybank/victoria
Po Box 6241                              Citibank, N.A.                          Po Box 182789
Sioux Falls SD 57117-6241                701 East 60th Street North              Columbus OH 43218-2789
                                         Sioux Falls, SD 57104-0493


Comenitycb/bjsclub                       Credit First N A                        Credit First NA
Po Box 182120                            6275 Eastland Rd                        PO BOX 818011
Columbus OH 43218-2120                   Brookpark OH 44142-1399                 Cleveland, OH 44181-8011



Discover Bank                            Discover Fin Svcs Llc                   Gary L. Donahue
Discover Products Inc                    Po Box 15316                            Office of the U.S. Trustee
PO Box 3025                              Wilmington DE 19850-5316                U.S. Courthouse
New Albany, OH  43054-3025                                                       One Exchange Terrace Suite 431
                                                                                 Providence, RI 02903-1744

First Internet Bank of Indiana           Home Point Financial C                  Home Point Financial Corporation
Service Finance Co. LLC                  Nmls#7706 9 Entin Rd St                 425 Phillips Blvd.
555 S Federal Hwy #200                   Parsippany NJ 07054-5000                P.O. Box 7704
Boca Raton, FL 33432-6033                                                        Trenton, NJ 08628-0704


(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                Kohls/capone
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346                             N56 W 17000 Ridgewood Dr
PO BOX 7346                              Philadelphia, PA 19101-7346             Menomonee Falls WI 53051-7096
PHILADELPHIA PA 19101-7346



LVNV Funding, LLC its successors and assigns    Stephen P. Levesque              Keith Joseph McCarthy
assignee of Citibank, N.A.                      165 Burnside Street              Harmon Law Offices, P.C.
Resurgent Capital Services                       Second Floor                    150 California Street
PO Box 10587                                    Cranston, RI 02910-1149          Newton, MA 02458-1005
Greenville, SC 29603-0587
```

```
PRA Receivables Management, LLC         (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum3 Group LLC as agent for
PO Box 41021                             PO BOX 41067                              Comenity Bank
Norfolk, VA 23541-1021                   NORFOLK VA 23541-1067                     PO Box 788
                                                                                   Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for           Rhode Island Credit Union
Comenity Capital Bank                    MOMA Funding LLC                          160 Francis St
PO Box 788                               PO Box 788                                Providence RI 02903-1118
Kirkland, WA  98083-0788                 Kirkland, WA  98083-0788


Rhode Island Credit Union                Sears/cbna                                Service Finance Compan
860 Reservoir Avenue                     Po Box 6282                               555 S Federal Hwy Ste 20
Cranston, RI 02910-4414                  Sioux Falls SD 57117-6282                 Boca Raton FL 33432-5505


State of RI - Labor and Training         Syncb/lowes                               Syncb/tjx Cos Dc
Legal Department                         Po Box 965005                             Po Box 965005
Bldg 72 3rd Floor                        Orlando FL 32896-5005                     Orlando FL 32896-5005
1511 Pontiac Avenue
Cranston, RI 02920-4407


TD Bank USA, N.A.                        Td Bank Usa/targetcred                    Thd/cbna
C O WEINSTEIN & RILEY, PS                Po Box 673                                Po Box 6497
2001 WESTERN AVENUE, STE 400             Minneapolis MN 55440-0673                 Sioux Falls SD 57117-6497
SEATTLE, WA 98121-3132


United Consumer Financial Services       United Consumer Financial Services        United Consumer Finl S
Bass & Associates, P.C.                  Bass & Associates, P.C.                   865 Bassett Rd
3936 E. Ft. Lowell Road, Suite #200      3936 E. Ft. Lowell Suite 200              Westlake OH 44145-1194
Tucson, AZ 85712-1083                    Tucson, AZ 85712-1083


Wells Fargo Bank N.A., d/b/a Wells Fargo Dea    Wells Fargo Dealer Svc
P.O. BOX 19657                                  Po Box 1697
IRVINE, CA 92623-9657                           Winterville NC 28590-1697
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                               Internal Revenue Service                  Portfolio Recovery Associates, LLC
Po Box 982238                            Insolvency Unit - 4th Floor               POB 41067
El Paso TX 79998                         380 Westminster Street                    Norfolk VA 23541
                                         Providence, RI 02903
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) Home Point Financial Corporation | (d) PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   49<br>Bypassed recipients    2<br>Total                 51 |