**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Clifford A Blais and Laura J Blais       BK No. 1:18–bk–10556

Debtor(s)                                       Chapter 13

---

### ORDER SUSTAINING MOTION/APPLICATION (doc# 15 ) BY RULE OF COURT

*Re: Objection to Claim #9 of United Consumer Financial Services
filed by the Debtors*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a),it is **ORDERED** that the Motion/Application (doc.# 15 ) is hereby SUSTAINED .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **7/16/18**

Entered on Docket: **7/16/18**
Document Number: **18 – 15**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*